IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA DANOWSKI,** | CIVIL NO. 1:11-2189 |
| **Plaintiff** | |
| v. | (Judge Rambo) |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | (Magistrate Judge Carlson) |
| **Defendant** | |

# O R D E R

Before the court is a September 13, 2013, report of the magistrate judge in which he recommends that the decision of the Commissioner of Social Security be upheld. No objections to the report and recommendation have been filed.[1]

Accordingly, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 13).

2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

3) The Clerk of Court shall close the file.

                                            s/Sylvia H. Rambo
                                            United States District Judge

Dated: October 1, 2013.

---

[1] Objections to the report and recommendation were due no later than September 30, 2013.